# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN JAMES,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | CASE NO. 2:19-cv-01839-RGK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: January 14, 2020

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE